```
                         UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF FLORIDA

                         CASE NO.  05-14051-CR-GOLD
                         MAGISTRATE P. A. WHITE
```

JOSE HERNANDEZ,                     :

    Petitioner,             :

v.                                  :          REPORT OF
                                              MAGISTRATE JUDGE
UNITED STATES,                      :         RE: COUNSEL

    Respondent.             :
_____

      The Petitioner filed a motion for appointment of counsel to pursue a §2255 motion to vacate. (CR DE#128) The motion was referred to the Undersigned Magistrate Judge on May 6, 2008. (CR DE#129).

      The pro-se petitioner, Jose Hernandez was convicted on January 6, 2008, and his conviction was affirmed on February 15, 2008 by the Eleventh Circuit Court of Appeals. Hernandez now wishes to pursue collateral relief pursuant to 28 U.S.C. §2255.

      There is no right to appointed counsel to pursue a Section 2255 proceeding, United States of America v Dolliver, 2008 WL 1924998 (D.Me.). Situations where appointment of counsel for §2255 caes is very rare, and such appointment is typically reserved for truly complex and legally subtle cases (Fernandez-Malave v United States, 502 F.Supp.2d 234, 241 (D.PR.2007), citing US v Mala, 7 F.3d 1058,1063-64 (1st Cir 1993). A Court need only appoint counsel if it holds an evidentiary hearing, citing to US v Duarte-Hiqureda, 68 F3d 369 (CA9 1995).

      It is therefore recommended that the petitioner's motion for

appointment of counsel (CR DE#128) be denied.

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 12th day of May, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Jose Hernandez, Pro Se
      Reg#75235-004
      FCI-Williamsburg
      (Copy hand mailed)