UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14051-CR-MOORE

UNITED STATES OF AMERICA,

       Plaintiff(s),

vs.

JOSE HERNANDEZ,
#75235-004;

       Defendant(s).
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon Defendant's Motion for Appointment of Counsel to pursue a §2255 motion to vacate [128].

Magistrate Judge White issued a Report and Recommendation dated dated May 12, 2008 [130]. The Report recommended tha the petitioner's motion for appointment of counsel be denied. No objections to the Report were filed.

UPON CONSIDERATION of the Report, Objections and after a *de novo* review of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Magistrate Judge White's Report and Recommendation issued May 12, 2008 is **ADOPTED**. Defendant's motion for appointment of counsel [128] is hereby denied.

DONE AND ORDERED in Chambers at Miami, Florida this 23rd day of May, 2008.

                                    K. MICHAEL MOORE
                                    UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record