```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA

                              CASE NO.  05-14051-CR-GOLD
                              MAGISTRATE P. A. WHITE
```

JOSE HERNANDEZ,                 :

    Petitioner,             :

v.                              :        <u>REPORT OF</u>
                                <u>MAGISTRATE JUDGE</u>
UNITED STATES,                  :        <u>RE: IFP ON APPEAL</u>

    Respondent.             :
_____

      The Petitioner filed a notice of appeal (DE#136) from United States District Judge K. Michael Moore's Order denying his motion for reconsideration of a prior order denying his motion for appointment of counsel to pursue a §2255 motion to vacate. The petitioner has filed a motion to proceed with this appeal in forma pauperis.[DE#138] The motion was referred to the Undersigned Magistrate Judge on September 19, 2008 (CR DE#139).

      The pro-se petitioner, Jose Hernandez was convicted on January 6, 2008, and his conviction was affirmed on February 15, 2008 by the Eleventh Circuit Court of Appeals. Hernandez now wishes to pursue collateral relief pursuant to 28 U.S.C. §2255.

      There is no right to appointed counsel to pursue a Section 2255 proceeding, <u>United States of America v Dolliver</u>, 2008 WL 1924998 (D.Me.). Situations where appointment of counsel for §2255 caes is very rare, and such appointment is typically reserved for truly complex and legally subtle cases (<u>Fernandez-Malave v United States</u>, 502 F.Supp.2d 234, 241 (D.PR.2007), citing <u>US v Mala</u>, 7 F.3d 1058,1063-64 (1st Cir 1993). A Court need only appoint counsel if it holds an evidentiary hearing, citing to <u>US v Duarte-Higureda</u>,

68 F3d 369 (CA9 1995). Therefore the motion for appointment of counsel was denied, and the motion for reconsideration of that order was denied.

It is therefore recommended, pursuant to Fed.R.App.P. 24(a) that this motion to proceed in forma pauperis on appeal be denied because the appeal is not taken in good faith, there having been no substantial showing of the denial of a constitutional right. (CRDE#138)

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 22nd day of September, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Jose Hernandez, Pro Se
    Reg#75235-004
    FCI-Williamsburg
    (Copy hand mailed)