UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-14051-CR-MOORE

UNITED STATES OF AMERICA,

      Plaintiff(s),

vs.

JOSE HERNANDEZ,
#75235-004;

      Defendant(s).

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon Petitioner's Motion to Proceed with Appeal *In Forma Pauperis.*

Magistrate Judge White issued a Report and Recommendation dated September 23, 2008 [140]. The Report and Recommendation determined that Plaintiff's Motion should be denied.

UPON CONSIDERATION of the Report, Objections and after a *de novo* review of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that Magistrate Judge White's Report and Recommendation issued September 23, 2008 is ADOPTED. Defendant's Motion to Proceed with Appeal In Forma Pauperis is hereby denied.

DONE AND ORDERED in Chambers at Miami, Florida this 9th day of October, 2008.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record